WILLIAM H. TICE, *Respondent, v.* PHILETUS R. SLOAT, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

DIANA MORRIS, *Appellant, v.* CHARLES WALL and others, *Respondents.*— Judgment affirmed, with costs, according to stipulation, for non-service of case. GILBERT, J., not sitting.